UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LARRY A. BURNS)

| | |
|---|---|
| GEORGE CAZARES-RAMOS,<br><br>Plaintiff,<br><br>v.<br><br>William Pelham Barr, Attorney General of the United States; David Harlow, Director, United States Marshals Service; John Kelly, Secretary of the Department of Homeland Security; and Steven C. Stafford, United States Marshals Service for the Southern District of California,,<br><br>Defendant. | CASE NO.:   19CV2265-LAB<br><br>**JUDGMENT AND ORDER TO DISMISS APPLICATION FOR WRIT OF HABEAS CORPUS** |

**IT IS HEREBY ORDERED** that the Notice of Voluntary Dismissal of Application for Writ of Habeas Corpus be granted.

DATED: 4/21/2020

_____
**Honorable Larry A. Burns**